

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Virginia Oak Venture, LLC, and Jane Tang
Appellants

No. 06-13-00076-CV          v.

O.D. Fought, Jr., et al., Appellees

Appeal from the 401st District Court of Collin County, Texas (Tr. Ct. No. 401-02380-2010).  Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find partial error in the judgment of the court below.  Therefore, we find that the trial court erred in awarding judgment for attorney fees to Arbor Commercial Funding, LLC, and reverse the judgment of the trial court in its favor and render a take-nothing judgment to the extent that it awarded attorney fees to Arbor against Tang. We affirm the judgment of the trial court in favor of Lander Kyle Lewallen, Butler Burgher Group, LLC, Arbor Commercial Funding, LLC, the Federal National Mortgage Association, O.D. Fought, Jr., Sheri Diaz, United Venture Partners, LLC, Chris Wong, Raymond He, Joyce He, and Biyou Lao.  We also affirm the trial court's take-nothing judgment in Tang's action against the Michael Group.

We further order that each party shall bear its own costs of appeal.

RENDERED OCTOBER 30, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk